IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

DESHUN LEGGETT PLAINTIFF

v. CAUSE NO. 3:26-CV-172-SA-DAS

EMCF CORP., et al. DEFENDANTS

ORDER

Leggett is a state prisoner proceeding pro se. He has filed a Notice of Appeal [8] of this Court's Order [6] dismissing his case for failure to provide a completed application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 and a completed Section 1983 complaint as directed.

The Notice of Appeal [8] does not include an application to appeal in forma pauperis nor was it accompanied by a filing fee. Leggett still has not filed a certified copy of his prison trust account statement for the six-month period immediately preceding the initiation of this litigation. See 28 U.S.C. § 1915. Leggett will be provided the opportunity to submit the certified copy in support of his request to proceed *in forma pauperis*. It is hereby ORDERED that within 28 days of today's date—or, specifically, September 28, 2026—Leggett shall file out the enclosed application to proceed *in forma pauperis*, complete the authorization for release, and have the authorized officer responsible for overseeing his prison account fill out the certificate of account, and mail the same to the Clerk's Office.

Should Leggett fail to timely comply with the Court's directive, the Court will take appropriate action.

SO ORDERED, this the 31st day of August, 2026.

/s/ Sharion Aycock
SENIOR UNITED STATES DISTRICT JUDGE